UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 08-4138

J.S., a minor, through her parents;
TERRY SNYDER; STEVEN SNYDER,
                                                            Appellants

v.

BLUE MOUNTAIN SCHOOL DISTRICT;
JOYCE ROMBERGER; JAMES McGONIGLE

(MDPA Civil Action No. 07-cv-00585)

PRESENT:   SCIRICA, Chief Judge, SLOVITER, McKEE, RENDELL, BARRY,
           AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN,
           HARDIMAN and GREENAWAY, Circuit Judges

**ORDER**

Upon consideration of the petition for rehearing filed by appellants and the answer filed by appellees, it is hereby O R D E R E D that the petition for rehearing en banc is granted.  It is

FURTHER ORDERED that the opinion and judgment filed February 4, 2010, are hereby vacated.

The matter will be argued before the en banc court on Thursday, June 3, 2010, at 10:00 a.m.

                                        By the Court,


                                        /s/ Anthony J. Scirica
                                        Chief Judge

Date: April 9, 2010

tmk/cc: Mary E. Kohart, Esq.
Aliceson K. Littman, Esq.
Mary Catherine Roper, Esq.
Tara S. Sarosiek, Esq.
Witold J. Walczak, Esq.
Jonathan P. Riba, Esq.
Robert D. Richards, Esq.
Marsha L. Levick, Esq.
Lourdes M. Rosado, Esq.